**UNITED STATES of America, Plaintiff—Appellee,**

v.

**George Billy Lee GANTT, Defendant— Appellant.**

**No. 10–6543.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2010.

Decided: Aug. 3, 2010.

George Billy Lee Gantt, Appellant Pro Se. Alan Lance Crick, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Billy Lee Gantt appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gantt,* No. 8:04–cr–01013–HFF–1 (D.S.C. Apr. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*